# UNITED STATES DISTRICT COURT
for the

Krista Eileen Moser )
*Plaintiff* )
v. ) Civil Action No. 3:15-cv-383
Commissioner of Social Security )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Judgment to entered in favor of Plaintiff and against Defendant.  Remanding cause to the Defendant pursuant to the FOURTH SENTENCE OF 42 U.S.C. § 405(g), FOR IMMEDIATE PAYMENT OF BENEFITS.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Walter H. Rice   on a motion for Report and Recommendations

Date: 3/24/2017

CLERK OF COURT

*Sophia R. Bryant*
Signature of Clerk or Deputy Clerk