# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Krista E. Moser,

    Plaintiff,

vs.

Commissioner Of The Social
Security Administration,

    Defendant.

Case No. 3:15cv00383

District Judge Walter H. Rice
Magistrate Judge Sharon L. Ovington

## DECISION AND ENTRY

This case is before the Court upon the Motion For Approval Of Attorney Fees filed by Plaintiff's attorney (Doc. #18) and the Commissioner's Response (Doc. #20).

The Motion seeks an award of attorney fees under 42 U.S.C. § 406(b)(1) in the total amount of $22,198.00. The Commissioner does not object to this amount. In the absence of objection by the Commissioner, the Motion and supporting Exhibits establish that an award of attorney fees is reasonable and warranted under 42 U.S.C. § 406(b)(1) in the amount Plaintiff's counsel seeks.

Accordingly, the Court hereby **ORDERS** that:

1. The Motion For Approval Of Attorney Fees filed by Plaintiff's attorney (Doc. #18) is GRANTED;

2. The Commissioner shall pay attorney fees to Plaintiff's counsel pursuant to 42 U.S.C. § 406(b)(1) in the amount of $22,198.00; and

3. The case remains terminated on the docket of this Court.

　　　　　　　　　　　　　　　　　　　　　　　　Walter H. Rice
　　　　　　　　　　　　　　　　　　　　　　United States District Judge